**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEVIN WAYNE PROVENCIO**                                                **PLAINTIFF**
**#269126**

**v.**                                    **Case No. 4:24-CV-00062-LPR**

**ERIC HIGGINS, Sheriff,**
**Pulaski County,** *et al*.                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related

Orders would not be taken in good faith.

IT IS SO ADJUDGED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE